**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WILFREDO MANUEL HERNANDEZ SOTO,

              Petitioner,

    v.

MARK BOWEN,

              Respondent.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:26-cv-02516-MCS-AYP

JUDGMENT

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") is DISMISSED as moot; and (2) the Clerk shall enter Judgment accordingly.

IT IS SO ADJUDGED.

DATED: June 24, 2026

_____

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE